IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIESHA D. LEWIS                          :

                                      :

      v.                                 :   Civil Action No. DKC 21-2387

                                      :

UNITED STATES OF AMERICA                 :

                                      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of August 2022, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion to dismiss filed by Defendant United States (ECF No. 9) BE, and the same hereby IS, GRANTED;

2.   The complaint BE, and the same hereby IS, DISMISSED; and

3.   The clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff and counsel for the Defendant, and close the case.

                                     _____/s/_____

                                     DEBORAH K. CHASANOW
                                     United States District Judge